1  KATHYLEEN A. O'BRIEN, CAL. BAR NO. 94218
   BRIAN M. DAUCHER, CAL. BAR NO. 174212
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
3  Including Professional Corporations
   333 South Hope Street, 48th Floor
4  Los Angeles, California 90071-1448
   Telephone: (213) 620-1780
5  Facsimile: (213) 620-1398
   Attorneys for Plaintiff
6  EVEREADY BATTERY COMPANY, INC.

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
NOV 17 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVEREADY BATTERY COMPANY, INC., a Delaware corporation, | Case No. 02-07952 AHM (SHSx) [Complaint Filed: October 11, 2002] |
| Plaintiff, | [Hon. A. Howard Matz, presiding] |
| v. | **STIPULATED FINAL JUDGMENT AGAINST DEFENDANTS ABFLEX U.S.A., INC., AB ENERGIZER LLC, AND ELECTRONIC PRODUCTS DISTRIBUTION, LLC** |
| ABFLEX U.S.A., INC., a California corporation; AB ENERGIZER LLC., a California limited liability company; ELECTRONIC PRODUCTS DISTRIBUTION, LLC, a California limited liability company; ENERGIZER PRODUCTS, INC., a California corporation; MARTIN A. VAN DER HOEVEN, an individual; THOMAS C. NELSON, an individual; HOLLY HERNANDEZ A/K/A HOLLY BRYAN, an individual; and DOES 1 through 10, inclusive, | [No hearing required]<br><br>_X_ Docketed<br>_X_ Copies / (NTC Sent)<br>___ JS - 5 / JS - 6<br>___ JS - 2 / JS - 3<br>___ CLSD |
| Defendants. | |

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

ENTERED
CLERK, U.S DISTRICT COURT
NOV 18 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

W02-LA.1\DES1\70635577.1

STIPULATED FINAL JUDGMENT AGAINST
DEFENDANTS ABFLEX U.S.A., INC., AB
ENERGIZER LLC, AND ELECTRONIC PRODUCTS
DISTRIBUTION, LLC

The Court, having considered all papers and pleadings on file in this action, including the Stipulation Regarding Settlement of Action and for Entry of Final Judgment between Plaintiff Eveready Battery Company, Inc. ("Eveready"), on the one hand, and Defendants Abflex U.S.A., Inc., AB Energizer LLC, Electronic Products Distribution, LLC, Martin A. Van Der Hoeven and Thomas C. Nelson, on the other hand, and having determined that the parties have stipulated to the entry of final judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. As of the date of this Order, Defendants Abflex U.S.A., Inc., AB Energizer LLC, and Electronic Products Distribution, LLC, any successors-in-interest, and all of their owners, members, managers, agents, employees, officers, attorneys, representatives and all other persons acting in concert or participation with them, and each of them, (individually and collectively, "the Stipulating AB Energizer Entity Defendants"), are permanently enjoined from doing, attempting, or causing to be done, whether directly or indirectly, by any means, method, or device whatsoever in the United States or in any foreign country, the following:

    a. Any use of any trademark (including any word or design mark) which contains the term **ENERGIZER** whether alone or as a component of that trademark including, but not limited, to the following:

        (1) **AB ENERGIZER;**

        (2) **BODY AB ENERGIZER;**

        (3) **ESP ENERGIZER SUPPORT PRODUCTS;** and

(4) **ENERGIZER**

b. Any use of the term **ENERGIZER**, whether alone or combined with any other word or words, including, but not limited to, as a company name, trade name or a domain name, in connection with any commercial activity.

c. Advertising, promoting and/or selling any **AB ENERGIZER** product including, but not limited to, (i) the **AB ENERGIZER** battery-powered "electronic exerciser," and (ii) any accessories which refer or relate to the **AB ENERGIZER** battery-powered "electronic exerciser" including, but not limited to, batteries, "tightening" gel, carrying bags, instructional videos, and users' manuals (collectively, "**AB ENERGIZER** Product"), under the **AB ENERGIZER** trade name, trademark or domain name through any means including, but not limited to, through the Internet, their own web sites (including http://www.abenergizer.com), any third party web site, any television infomercials, any television commercials, any print advertisements or inserts, or direct mail.

d. Advertising, promoting and/or selling any product or accessories under the **ENERGIZER** trade name, trademark, trade dress and/or domain name and/or any other variant or colorable imitation of the **ENERGIZER** trade name, trademark, trade dress and/or domain name owned by Eveready through any means including, but not limited to, through the Internet, their own web sites (including http://www.abenergizer.com), any

-3-

W02-LA:1DES1\70635577.1

STIPULATED FINAL JUDGMENT AGAINST DEFENDANTS ABFLEX U.S.A., INC., AB ENERGIZER LLC, AND ELECTRONIC PRODUCTS DISTRIBUTION, LLC

third party web site, any television infomercials, any television commercials, any print advertisements or inserts, or direct mail.

   e. Any use of any trademark or trade dress, including any lettering, logo or design which is confusingly similar to any lettering, logo or design used by Eveready or its licensees in connection with U.S. Trademark No. 1,177,083 depicted in **Exhibit "A"** hereto.

   f. Filing or prosecution of any trademark or domain name applications (collectively, "applications") which include the term **ENERGIZER** or any variant or colorable imitation thereof.

   g. Directly or indirectly assisting or participating in any way (whether as a manager, owner, investor, partner or employee, through contract or by any other means) with any person or entity that manufactures, purchases, promotes, advertises, distributes, ships, sells, or profits in any way from any **AB ENERGIZER** Product, any use of any of the **AB ENERGIZER** Marks, or any use of any mark which includes the terms **ENERGIZER** or **EVEREADY**.

   h. Selling, transferring or assigning or attempting to sell, transfer or assign any trademark, trade name, company name or domain name that contains the term **ENERGIZER** or any variant or colorable imitation thereof.

   i. Filing any new applications which include any variant or colorable imitation of the term **ENERGIZER**.

-4-

2. The Stipulating AB Energizer Entity Defendants immediately shall do the following:

    a. Abandon, with prejudice, all pending trademark applications for marks that contain the term **ENERGIZER** or any variant or colorable imitation thereof including, but not limited to, those depicted in **Exhibit "B"** hereto.

    b. Cancel all registrations for all marks that contain the term **ENERGIZER** or any variant or colorable imitation thereof including, but not limited to, those depicted in **Exhibit "B"** hereto.

    c. Transfer to Eveready, at no cost, all domain names registered to any of them that contain the term **ENERGIZER** or any variant or colorable imitation thereof.

    d. Execute, from time to time, as requested by Eveready, such documents as are reasonably necessary to effect abandonment of all pending trademark applications, and cancellation of all registrations that contain the term **ENERGIZER**.

3. AB Energizer LLC immediately shall, at no cost to Eveready, cease doing business as AB Energizer LLC, including changing the name of AB Energizer LLC to a name that does not contain the term **ENERGIZER** or any other variant or colorable imitation thereof in the event AB Energizer LLC continues any business activities.

-5-

W02-LA:1DES1\70635577.1

STIPULATED FINAL JUDGMENT AGAINST DEFENDANTS ABFLEX U.S.A., INC., AB ENERGIZER LLC, AND ELECTRONIC PRODUCTS DISTRIBUTION, LLC

4.  The Stipulating AB Energizer Entity Defendants shall, within five (5) business days of completion of each affirmative obligation described in Paragraphs 2 and 3 above, notify counsel for Eveready in writing that that obligation has been fulfilled and provide sufficient documentary evidence to counsel for Eveready to demonstrate such compliance.

5.  Each of the Stipulating AB Energizer Entity Defendants shall pay Two Million Dollars ($2,000,000) to Eveready.  This obligation shall be subordinated in all respects, including in right of payment, to any monetary recovery due to any plaintiff in either of the following actions at the time of final resolution thereof:  (1) **Federal Trade Commission v. Electronic Products, et al., Civil Action No. 2CV0888 H(AJB)**, pending in the United States District Court for the Southern District of California brought by the Federal Trade Commission (the "FTC Action"); and (2) **People of the State of California v. Electronic Products Distribution, LLC, et al., NSC No. 26-17823**, pending in the Superior Court of California for the County of Napa brought by the District Attorneys for the Counties of Napa, Solano and Sonoma, and the City Attorney for the City of San Diego (the "State Action").

6.  If any of the Stipulating AB Energizer Entity Defendants breaches any of the terms of this Stipulated Final Judgment, Eveready shall have the right to seek all appropriate relief from the Court.

7.  If Eveready so elects in lieu of recovering compensatory damages for breach of this Stipulated Final Judgment or for breach of any of the representations or warranties contained in Paragraph 3 of the Settlement Agreement, it shall recover from each of the breaching Stipulating AB Energizer Entity

-6-

W02-LA:1DES1\70635577.1

STIPULATED FINAL JUDGMENT AGAINST DEFENDANTS ABFLEX U.S.A., INC., AB ENERGIZER LLC, AND ELECTRONIC PRODUCTS DISTRIBUTION, LLC

Defendants, and/or any successor-in-interest, liquidated damages in the amount of Twenty-five Thousand Dollars ($25,000.00) for each incident or occurrence which constitutes a violation of this Stipulated Final Judgment.

8. Eveready shall recover attorneys' fees and costs incurred in seeking enforcement of this Stipulated Final Judgment and/or in seeking any remedy in connection with this Stipulated Final Judgment based upon any act or omission of any Stipulating AB Energizer Entity Defendant.

9. This is a final judgment and is enforceable upon entry. The parties have waived findings of fact, conclusions of law, a statement of decision, and any right to challenge jurisdiction, set aside this judgment, appeal herefrom, seek a new trial, or otherwise contest the validity of this judgment in any way whatsoever.

10. Service on counsel of a copy of this judgment shall constitute notice to the parties.

Dated: November 14, 2003

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT COURT
JUDGE

W02-LA 1DES1\70635577.1

-7-

STIPULATED FINAL JUDGMENT AGAINST
DEFENDANTS ABFLEX U.S.A., INC., AB
ENERGIZER LLC, AND ELECTRONIC PRODUCTS
DISTRIBUTION, LLC

1  Presented by:
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2

3
4  By _____/s/ Kathyleen A. O'Brien_____
           KATHYLEEN A. O'BRIEN
5
       Attorneys for Plaintiff
6  EVEREADY BATTERY COMPANY, INC.

W02-LA1DES1\70635577.1

-8-

STIPULATED FINAL JUDGMENT AGAINST
DEFENDANTS ABFLEX U.S.A., INC., AB
ENERGIZER LLC, AND ELECTRONIC PRODUCTS
DISTRIBUTION, LLC

SCANNED



UNITED STATES PATENT AND TRADEMARK OFFICE

Trademark Electronic Search System (TESS)

*TESS was last updated on Sat May 3 04:18:50 EDT 2003*

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[Check Status] *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

# *Energizer*

| | |
|---|---|
| **Word Mark** | ENERGIZER |
| **Goods and Services** | IC 011. US 021. G & S: Electric Flashlights. FIRST USE: 19800604. FIRST USE IN COMMERCE: 19800604 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73266792 |
| **Filing Date** | June 17, 1980 |
| **Published for Opposition** | August 18, 1981 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1177083 |
| **Registration Date** | November 10, 1981 |
| **Owner** | (REGISTRANT) Union Carbide Corporation CORPORATION NEW YORK 270 Park Ave. New York NEW YORK 10017 |
| | (LAST LISTED OWNER) EVEREADY BATTERY COMPANY, INC CORPORATION BY ASSIGNMENT DELAWARE CHECKERBOARD SQUARE ST. LOUIS MISSOURI 63164 |

EXHIBIT A

000009

| | |
|---|---|
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | DONNA FRAZIER SCHMITT |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20011015. |
| Renewal | 1ST RENEWAL 20011015 |
| Live/Dead Indicator | LIVE |

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [TOP] [HELP]

www.onlinelegalsupply.com
(800) 860-2787  Recycled Paper

SCANNED

| Mark | Country | Counsel | Filing Particulars | Registration or Serial No. | Listed Owner |
|---|---|---|---|---|---|
| AB ENERGIZER (IC 10) | USA | HJB | Filed as 1(b) 6/20/01 | 76/273,830 | Abflex U.S.A., Inc. |
| BODY AB ENERGIZER (IC 10) | USA | HJH | Filed as 1 (b) 1/18/02 | 76/360,686 | AB Energizer LLC |
| ESP ENERGIZER SUPPORT PRODUCTS (IC 10) | USA | HJH | Filed as 1 (a) 1/18/02 | 76/360,687 | HJH |
| AB ENERGIZER IC 10 | CTM | Christian Fortmann, Germany | Filed 7/25/01 w/ priority 6/20/01 ref # 30329 EM | 002313906 | Abflex U.S.A., Inc. |
| AB ENERGIZER (IC 10) | Argentina | Monica Valarache | priority filing 12/19/01 ref # M-66292-MV-MIG | 2.362.197 | Abflex U.S.A., Inc. |
| AB ENERGIZER (IC 10) | Australia | Christine Lowe Davies Collison & Cave | filed 12/18/01 w/ priority 6/20/01 ref. # 2488704/CFL/VN | 898423 | Abflex U.S.A., Inc. |
| AB ENERGIZER (IC 10) | Brazil | Gustavo Leonardos & Ana Lucia Pereira Roque | filed 12/20/01 w/ priority 6/20/01 ref. # M119794 | 824246306 | Abflex U.S.A., Inc. |
| AB ENERGIZER (IC 10) | Canada | Selena Altro-Paperman | priority filing ref # 11,470-001 | 1125831 | Abflex U.S.A., Inc. |
| AB ENERGIZER (IC 10) | China | John Slater Simmons & Simmons | filed 12/20/01 w/ priority 6/20/01 ref # IP/A4624/002/JOS/CRC | | Abflex U.S.A., Inc. |

1

| AB ENERGIZER (IC 10) | Hong Kong | John Slater Simmons & Simmons | filed 11/30/01 w/ priority 6/20/01<br><br>ref # 040/A4624/001/JTC | 2001/19371 | Abflex U.S.A., Inc. |
|---|---|---|---|---|---|
| AB ENERGIZER (IC 10) | India | Pulak Neogy Daswani & Daswani | priority filing<br><br>ref # MSD/TM/3447 | 1067523 | Abflex U.S.A., Inc. |
| AB ENERGIZER (IC 10) | Indonesia | Lindsay Esler Deacons | priority filing<br><br>ref # 9549306:Lindsay Esler:RGG | D0 02001 27967 28191 | Abflex U.S.A., Inc. |
| AB ENERGIZER (IC 10) | Japan | Tetsuo Katsube, A. Aoki, Ishida & Associates | Filed 12/3/01 priority filing<br><br>ref # FT-19470 | 2001-107657 | Abflex U.S.A., Inc. |
| AB ENERGIZER (IC 10) | Mexico | Arturo Reyes Goodrich, Riquelme & Asociados ref: T011291MXO | priority filing | 524768 | Abflex U.S.A., Inc. |
| AB ENERGIZER (IC 10) | New Zealand | AJ Park | priority filing | | Abflex U.S.A., Inc. |
| AB ENERGIZER (IC 10) | South Africa | Kay Rickleman Spoor & Fisher | priority filing<br><br>TA3199340/KER/dc | 2001/21504 | Abflex U.S.A., Inc. |
| AB ENERGIZER (IC 10) | South Korea | Y.S Yang & Associates | priority filing<br><br>ref US-01T-1235 | 40-2001-56834 | Abflex U.S.A., Inc. |
| AB ENERGIZER (IC 10) | Switzerland | Christian Fortmann, Sonnenberg & Fortmann Germany | Prioriity filing '12/20/01<br><br>ref # 30329 CH | 12009/2001 | Abflex U.S.A., Inc. |
| AB ENERGIZER (IC 10) | Thailand | Lindsay Esler Deacons | priority filing<br><br>ref # LBE:RGG:9549314 | 475512 | Abflex U.S.A., Inc. |

| AB ENERGIZER (IC 10) | Venzuela | Bolet & Terrero | priority filing filed 12/20/01 ref # | 2001-022917 | Abflex U.S.A., Inc. |
|---|---|---|---|---|---|
| | | | | | |

3

April 2, 2002

000013